UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

JOSUE PAGUADA, *on behalf of himself and all others*  :
*similarly situated*,                      :

                     :

                    Plaintiff,  :            20-CV-8260 (JPC)

                     :

        -v-               :            ORDER

                     :

WOLVERINE WORLD WIDE, INC.,      :

                     :

                Defendant.  :

                     :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. It is hereby ORDERED that any pending conferences and deadlines are ADJOURNED *sine die*. It is further ORDERED that the parties shall file a joint letter regarding the status of settlement discussions by January 15, 2021. If this case has been voluntarily dismissed or otherwise terminated by that date, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

      SO ORDERED.

Dated: December 10, 2020
      New York, New York                                 
                                       JOHN P. CRONAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020