UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSUE PAGUADA, *on behalf of himself and all others similarly situated*, :
:
                    Plaintiff, : 20-CV-8260 (JPC)
:
               -v- : ORDER
:
WOLVERINE WORLD WIDE, INC., :
:
                    Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed his Complaint on October 5, 2020. (Dkt. 1.) On December 9, 2020, Plaintiff filed a letter notifying the Court that the parties had reached a settlement in principle, and requesting adjournment of all deadlines and conferences to allow the parties to finalize their settlement agreement and file a stipulation of dismissal. (Dkt. 7.) On December 10, 2020, the Court adjourned all deadlines and conference in this case *sine die*, and ordered the parties to file a joint letter regarding the status of settlement discussions by January 15, 2021, unless the parties filed a stipulation of discontinuance, voluntary dismissal, or other proof of termination prior to that date. (Dkt. 8.) The parties have not filed the joint letter, nor have they otherwise terminated this case. It is hereby ORDERED that by February 3, 2021, the parties shall file either a stipulation of dismissal or the joint letter required by the Court's December 10, 2020 Order.

      SO ORDERED.

Dated: January 29, 2021
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge